JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA,

     Plaintiff,

v.

MARIA DORA VILLATOROALFARO,

     Defendant.

Case No. 2:25-cv-08384-CBM-KS

**JUDGMENT**

Consistent with the Court's Order re: Plaintiff's Motion for Default Judgment and Plaintiff's Motion to Dismiss Counts I, II, and IV of Plaintiff's Complaint, judgment is hereby entered in favor of Plaintiff Innovative Sports Management, Inc., d.b.a. Integrated Sports Media, and against Defendant Maria Dora Villatoroalfaro in the amount of $1,000.00.

DATED: July 10, 2026.



CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1